No. 5850. TOWNSEND ET AL. v. SWANK, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL.; and No. 6000. ALEXANDER ET AL. v. SWANK, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL. Appeals from D. C. N. D. Ill. Motions for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

Cases consolidated and a total of one hour allotted for oral argument. Reported below: 314 F. Supp. 1082.